# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ryan M. Seidemann
Assistant Attorney General
P. O. Box 94005
Baton Rouge LA 70804-9005

Michael S. Heier
Asst. Attorney General
P. O. Box 94005
Baton Rouge LA 70804-9005

**REHEARING ACTION: May 17, 2017**

**Docket Number: 16   00988-CA**

**DUNCAN OIL, INC.**
**VERSUS**
**THE LOUISIANA STATE MINERAL AND ENERGY BOARD, ET AL.**

**Appealed from Calcasieu Parish Case No. 20144513**

**BEFORE JUDGES:**

   **D. Kent Savoie**
   **Hon. David E. Chatelain**
   **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **The Louisiana State Mineral and Energy Board** has this day

been

   **DENIED.**

cc: Jamie S. Manuel, Counsel for the Appellee
    Charles Schrumpf, Counsel for the Appellee
    Van Clifton Seneca, Counsel for the Appellee